■ U.S. BANK NATIONAL ASSOCIATION, Appellant, v LISA ANN PIA et al., Respondents. (And a Third-Party Action.) [965 NYS2d 367]—

In an action to foreclose a mortgage, the plaintiff appeals from an order and interlocutory judgment (one paper) of the Supreme Court, Putnam County (Nicolai, J.), dated October 19, 2011, which, inter alia, after a framed-issue hearing, is in favor of the defendants and against it on the defendants' counterclaim for rescission of the subject loan agreement pursuant to the

Federal Truth in Lending Act (15 USC § 1601 *et seq.*) and awarded attorney's fees to the defendants.

Ordered that the order and interlocutory judgment is affirmed, with costs.

The Supreme Court properly determined, after, inter alia, evidence was admitted at the framed-issue hearing upon stipulation, that the defendants had established that they were entitled to rescission of the subject loan agreement pursuant to the Federal Truth in Lending Act (15 USC § 1601 *et seq.*) due to deficient disclosures (*see* 15 USC §§ 1635, 1641 [c]; *see also Frese v Empire Fin. Servs.*, 725 F Supp 2d 130, 136 [2010]; *Miranda v Universal Fin. Group, Inc.*, 459 F Supp 2d 760, 765 [2006]; *Rowland v Novus Fin. Corp.*, 949 F Supp 1447, 1458 [1996]).

Additionally, the Supreme Court properly awarded attorney's fees to the defendants (*see* 15 USC § 1640 [a] [3]; *Fairbanks Capital Corp. v Jenkins*, 225 F Supp 2d 910 [2002]; *cf. Brodo v Bankers Trust Co.*, 847 F Supp 353 [1994]).

The plaintiff's remaining contentions are without merit. Dillon, J.P., Chambers, Hall and Hinds-Radix, JJ., concur.